UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY NOVINS,

                    Plaintiff,                    23-cv-5984 (JGK)

      - against -                                 ORDER

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

       The parties are directed to submit a Rule 26(f) report by

August 17, 2023.

SO ORDERED.

Dated:    New York, New York
          August 3, 2023

                                        _____
                                              John G. Koeltl
                                        United States District Judge