UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY NOVINS,

                Plaintiff(s)

                23 civ 5984 (JGK)

    -against-

FIRST RELIANCE STANDARD
LIFE INSURANCE COMPANY,

                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered and the matter having been referred to the magistrate judge on August 18, 2023,

The November 8, 2023 conference is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 1, 2023