# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary Novins,<br><br>        Plaintiff,<br><br>vs.<br><br>First Reliance Standard Life Insurance Company,<br><br>        Defendant. | Civil Case No: 1:23-cv-5984-JGK<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

The parties filed a Stipulation for Dismissal with Prejudice on April 3, 2024. Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED** in its entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 4/4/24

_/s/ John G. Koeltl_
The Honorable ~~Ona T. Wang~~ John G. Koeltl
~~Judge~~ of United States District Court

*The Clerk is directed to enter judgment and to close this case.*

*So ordered.*
4/4/24
*/s/ John G. Koeltl*
*U.S.D.J.*